UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

| | |
|---|---|
| TESORO REFINING AND MARKETING COMPANY LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendant. | Case No.: SA-CV-13-00931-DAE<br><br>Assigned to: Hon. David A. Ezra<br>Referred to: Hon. Henry J. Bemporad<br><br>Date Filed: May 6, 2013<br>Trial Date: None Set |

**PLAINTIFF TESORO REFINING AND MARKETING CO. LLC'S
DESIGNATION OF REBUTTAL EXPERT WITNESS**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiff in the above styled and numbered cause and files Plaintiff's Designation of Rebuttal Expert Witness pursuant to the provisions of the Court's Scheduling Order, and in such regard, would show unto the Court as follows:

I.

**RETAINED REBUTTAL EXPERT WITNESS**

Plaintiff hereby designates the following individual as a rebuttal expert witness which it will call to testify by deposition or otherwise during the trial of this case:

1. Robert Anderson; 107 West Laurelhurst, The Woodlands, Texas 77382.

Mr. Anderson will offer expert testimony in response to the opinions of James C. Spindler and Scott Bayley, who submitted an expert report on behalf of National Union on the subject of Tesoro's credit risk management practices. Mr. Anderson is the Executive Director of the Committee of Chief Risk Officers ("CCRO") and President of the Energy Data Hub Company. He is an expert in corporate risk management in the energy industry, and has helped clients develop risk management policies, methods, and infrastructure.

Dated:   August 28, 2014            MANATT, PHELPS & PHILLIPS, LLP

By: _____
    Craig J. de Recat

MANATT, PHELPS & PHILLIPS, LLP
Craig J. de Recat (Admitted *Pro Hac Vice*)
  E-mail:  cderecat@manatt.com
Robert R. Begland (Admitted *Pro Hac Vice*)
  E-mail:  rbegland@manatt.com
Emil Petrossian (Admitted *Pro Hac Vice*)
  E-mail:  epetrossian@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone:  (310) 312-4000
Facsimile:  (310) 312-4224


HAYNES AND BOONE LLP
Lamont A. Jefferson (TX Bar No. 10607800)
  E-mail:  lamont.jefferson@haynesboone.com
Emma Cano (TX Bar No. 24036321)
  E-mail:  emma.cano@haynesboone.com
112 East Pecan Street, Suite 1200
San Antonio, Texas 78205
Telephone:  (210) 978-7413
Facsimile:  (210) 554-0413

*Attorneys for Plaintiff*
TESORO REFINING & MARKETING CO. LLC

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court to all counsel of record and mailed by electronic mail to all non-CM/ECF participants.

    On this 28th day of August, 2014.

                                                    /s/ Jessamyn E. Vedro

                                                        Jessamyn E. Vedro