## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| TESORO REFINING AND MARKETING COMPANY LLC,<br><br>             Plaintiff,<br><br>        v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>             Defendant. | Case No.  SA-CV-13-00931-DAE<br><br>Assigned to:    Hon. David A. Ezra<br><br>Date Filed:     May 6, 2013<br>Trial Date:     None Set |

### [PROPOSED] ORDER DENYING DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY'S MOTION TO EXCLUDE THE TESTIMONY OF PLAINTIFF'S EXPERT ROBERT M. ANDERSON

On this the ____ day of _____, 2014, the Court considered plaintiff Tesoro Refining & Marketing Company's ("Tesoro") Opposition to Defendant National Union Fire Insurance Company's Motion to Exclude the Testimony of Plaintiff's Expert Robert M. Anderson ("Opposition").  After reviewing the Opposition and all supporting documentation, the Court holds that the motion should be denied.

Accordingly, **IT IS ORDERED** that the Motion is **DENIED**.

SIGNED this the _____ day of _____, 2014.

_____
HON. DAVID A. EZRA
UNITED STATES DISTRICT JUDGE